**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| Illiana Gauna, | |
|                 Plaintiff(s), | 2:23-cv-00808-APG-VCF |
| v. | **ORDER** |
| The Hartford Life and Accident Insurance Company, | |
|                 Defendant(s). | |

Before the court is the stipulated discovery plan and proposed scheduling order. (ECF No. 9).

Accordingly,

IT IS HEREBY ORDERED that a video conference hearing on the stipulated discovery plan and proposed scheduling order (ECF No. 9), is SCHEDULED for 10:00 AM, October 2, 2023.

IT IS FURTHER ORDERED that counsel/the parties must email the Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing by September 29, 2023.

IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

INSTRUCTIONS FOR VIDEO CONFERENCE HEARING

Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing to the participants email provided to the Court.

- Log on to the call ten (10) minutes prior to the hearing time.
- Mute your sound prior to entering the hearing.
- Do not talk over one another.
- State your name prior to speaking for the record.
- Do not have others in the video screen or moving in the background.

- No recording of the hearing.

- No forwarding of any video conference invitations.

- Unauthorized users on the video conference will be removed.

DATED this 15th day of September 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE