**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| Illiana Gauna, | |
| Plaintiff(s), | |
| v. | 2:23-cv-00808-APG-VCF |
| The Hartford Life and Accident Insurance Company, | **ORDER** |
| Defendant(s). | |

Before the court is the stipulated motion to reschedule the video conference hearing currently set for October 2, 2023. (ECF No. 11).

Accordingly,

IT IS HEREBY ORDERED that the stipulated motion to reschedule the video conference hearing currently set for October 2, 2023 (ECF No. 11), is GRANTED.

IT IS FURTHER ORDERED that the video conference hearing scheduled for October 2, 2023, is VACATED, and RESCHEDULED to 1:00 PM, October 10, 2023.

DATED this 21st day of September 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1