# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| Illiana Gauna, | |
| Plaintiff(s), | |
| v. | 2:23-cv-00808-APG-VCF |
| The Hartford Life and Accident Insurance Company, | **ORDER** |
| Defendant(s). | |

Before the court is the joint notice of settlement. (ECF No. 13).

Accordingly,

IT IS HEREBY ORDERED that the video conference hearing currently set for 1:00 PM, October 10, 2023, is VACATED.

IT IS FURTHER ORDERED that the proposed stipulation and order for dismissal must be filed on or before October 30, 2023.

DATED this 3rd day of October 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE