# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Illiana Gauna,

                Plaintiff(s),

v.

The Hartford Life and Accident Insurance Company,

                Defendant(s).

2:23-cv-00808-APG-VCF

**ORDER**

The parties have filed a notice of joint notice of settlement (ECF NO. 13).

Accordingly,

IT IS HEREBY ORDERED that the proposed discovery plan and scheduling order (ECF No. 9), is DENIED as unnecessary.

DATED this 16th day of October 2023.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1