Scott E. Davis
State Bar No. 8788
SCOTT E. DAVIS, P.C.
24654 N. Lake Pleasant Pkwy
Suite 103-467
Peoria, AZ 85383

Telephone:  (602) 482-4300
Facsimile:   (602) 569-9720
email: davis@scottdavispc.com

*Attorney for Plaintiff Iliana Gauna*

Steven J. Parsons
Nevada Bar No. 363
Law Offices of Steven J. Parsons
10091 Park Run Drive
Suite 200
Las Vegas, NV 89145

Telephone: (702) 384-9900
Facsimile: (702) 384-5900
Steve@SJPlawyer.com

*Designated Attorney for Service*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Iliana Gauna,<br><br>            Plaintiff,<br><br>     v.<br><br>The Hartford Life and Accident Insurance Company,<br><br>            Defendant. | Case No.  2:23-cv-00808-APG-VCF<br><br>**STIPULATION FOR EXTENSION OF THIRTY (30) DAYS FOR THE COURT TO DISMISS THIS MATTER** |

-1-

On September 27, 2023, the parties notified the Court (Dkt. 13) this case had settled and they would, as soon as possible, file with the Court a Stipulation and Order to dismiss the case with prejudice.

On October 3, 2023, the Court issued an Order (Dkt. 14) requiring the parties to file the appropriate dismissal documents by no later than October 30, 2023.

The parties hereby move the Court to grant an extension of thirty (30) days from the October 30, 2023 deadline, or until November 29, 2023, for the parties to file the appropriate dismissal documents in this matter.

The reason for this request is the parties remain in the process of finalizing the terms of the settlement documentation. The parties anticipate finalizing the terms of and fully executing the settlement documentation prior to November 29, 2023. If the parties are able to file the appropriate dismissal documents prior to November 29, 2023, they will do so.

RESPECTFULLY REQUESTED this 30th day of October, 2023.

*/s/ Scott E. Davis, Esq.*
Scott E. Davis, Esq.
Attorney for Plaintiff

*/s/ Kristina Holmstrom, Esq.*
Kristina Holmstrom, Esq.
Attorney for Defendant

**ORDER**

**IT IS SO ORDERED.**

Dated: October 31, 2023.

_____
U.S. ~~District~~/Magistrate Judge