Scott E. Davis
State Bar No. 8788
SCOTT E. DAVIS, P.C.
24654 N. Lake Pleasant Pkwy
Suite 103-467
Peoria, AZ 85383

Telephone:  (602) 482-4300
Facsimile:   (602) 569-9720
email: davis@scottdavispc.com

*Attorney for Plaintiff Iliana Gauna*

Steven J. Parsons
Nevada Bar No. 363
Law Offices of Steven J. Parsons
10091 Park Run Drive
Suite 200
Las Vegas, NV 89145

Telephone: (702) 384-9900
Facsimile: (702) 384-5900
Steve@SJPlawyer.com

*Designated Attorney for Service*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Iliana Gauna,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>The Hartford Life and Accident Insurance Company,<br><br>　　　　　Defendant. | Case No.  2:23-cv-00808-APG-VCF<br><br>**STIPULATED MOTION TO DISMISS CASE WITH PREJUDICE** |

The parties, having resolved their dispute, stipulate that the Court shall dismiss this matter with prejudice.  Each side will bear its own attorney's fees and costs.

-1-

RESPECTFULLY SUBMITTED this 9th day of November, 2023.

*/s/ Scott E. Davis, Esq.*  
Scott E. Davis, Esq.  
Attorney for Plaintiff

*/s/ Kristina Holmstrom, Esq.*  
Kristina Holmstrom, Esq.  
Attorney for Defendant

**ORDER**

**IT IS SO ORDERED.**

Dated: November 13, 2023.

ANDREW P. GORDON  
UNITED STATES DISTRICT JUDGE